AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Rhode Island

| | |
|---|---|
| UMB BANK, N.A., as Trustee <br><br> *Plaintiff(s)* <br> v. <br> CITY OF CENTRAL FALLS, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:19-cv-00182-WES-PAS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gary Berdugo
Board of Directors
164 Central Street
Central Falls, RI 02863

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert M. Duffy, Esq.
Duffy & Sweeney, LTD
1800 Financial Plaza
Providence, RI 02903
(401) 455-0700
rduffy@duffysweeney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __April 10, 2019__                             /s/ Hanorah Tyer-Witek
                                                                     **Clerk of Court**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-00182-WES-PAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gary Berdugo

was received by me on *(date)* 4-11-19.

☐ I personally served the summons on the individual at *(place)* ✗    5:07pm

on *(date)* ; or  4-11-19

☑ I left the summons at the individual's residence or usual place of abode with *(name)* NOLBI BERDUGO
✗ Mother Kathy , a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or  ~~wife~~ MOTHER

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4-11-19

*Server's signature*

ANTHONY CAPPALLI Constable Badge 157
*Printed name and title*

P.O. Box 8282 WARWICK RI
*Server's address*

Additional information regarding attempted service, etc: