UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **UMB BANK, N.A., as Trustee,**<br>      **Petitioner and Plaintiff**<br><br>v.<br><br>**CITY OF CENTRAL FALLS; JAMES A. DIOSSA, MAYOR OF THE CITY OF CENTRAL FALLS; MARIA RIVERA, CITY COUNCILOR; JONATHAN ACOSTA, CITY COUNCILOR; HUGO FIGUEROA, CITY COUNCILOR; FRANKLIN SOLANO, CITY COUNCILOR; JESSICA VEGA, CITY COUNCILOR; CENTRAL FALLS DETENTION FACILITY CORPORATION, WILDER ARBODELDA, CORPORATION DIRECTOR; GARY BERDUGO, CORPORATION DIRECTOR; JOSEPH MOLINA FLYNN, CORPORATION DIRECTOR; and HERMAN YIP, CORPORATION DIRECTOR.**<br>      **Respondent and Defendants** | **1:19-cv-00182-WES-PAS** |

### NOTICE HEARING MOTION FOR ORDER APPOINTING RECEIVER AND FOR PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE THAT a Hearing on the Motion for Order Appointing Receiver and for Preliminary Injunction (the "Motion") [Docket No. 3] will be held before Chief Judge William E. Smith, on **Wednesday, April 24, 2019** at **3:00 p.m.**, in Courtroom 3, United States District Court for the District of Rhode Island, One Exchange Terrace, Federal Building and Courthouse, Providence, Rhode Island 02903. Any responses to the Motion must be filed on or before **April 22, 2019.**

April 17, 2019

Respectfully submitted,

UMB BANK, N.A.,
AS INDENTURE TRUSTEE,

By its counsel,

| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | DUFFY & SWEENEY, LTD |
|---|---|
| /s/ Adrienne K. Walker | /s/ Robert M. Duffy |
| William W. Kannel (admitted pro hac vice) | Robert M. Duffy (RI Bar # 4428) |
| Adrienne K. Walker (admitted pro hac vice) | Daniel P. Connors (RI Bar #7251) |
| One Financial Center | 1800 Financial Plaza |
| Boston, Massachusetts 02111 | Providence, Rhode Island 02903 |
| Telephone: (617) 542-6000 | Telephone: (401) 455-0700 |
| E-mail: wkannel@mintz.com akwalker@mintz.com | E-mail: rduffy@duffysweeney.com |

**UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UMB BANK, N.A., as Trustee,**<br>  Petitioner and Plaintiff<br><br>v.<br><br>**CITY OF CENTRAL FALLS; JAMES A. DIOSSA, MAYOR OF THE CITY OF CENTRAL FALLS; MARIA RIVERA, CITY COUNCILOR; JONATHAN ACOSTA, CITY COUNCILOR; HUGO FIGUEROA, CITY COUNCILOR; FRANKLIN SOLANO, CITY COUNCILOR; JESSICA VEGA, CITY COUNCILOR; CENTRAL FALLS DETENTION FACILITY CORPORATION, WILDER ARBODELDA, CORPORATION DIRECTOR; GARY BERDUGO, CORPORATION DIRECTOR; JOSEPH MOLINA FLYNN, CORPORATION DIRECTOR; and HERMAN YIP, CORPORATION DIRECTOR.**<br>  Respondent and Defendants | **1:19-cv-00182-WES-PAS** |

## **CERTIFICATE OF SERVICE**

I, Adrienne K. Walker, do hereby certify that on the 17th day of April, 2019, I caused a copy of the Notice of Hearing on the Motion to Appoint Receiver and for Preliminary Injunction to be served upon counsel of record through the ECF system, and that copies will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and

by electronic mail to all parties and known counsel on the attached Service List.

Respectfully submitted,

UMB BANK, N.A.,
AS INDENTURE TRUSTEE,

By its counsel,

| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | DUFFY & SWEENEY, LTD |
|---|---|
| /s/ Adrienne K. Walker | /s/ Robert M. Duffy |
| William W. Kannel (admitted pro hac vice) | Robert M. Duffy (RI Bar # 4428) |
| Adrienne K. Walker (admitted pro hac vice) | Daniel P. Connors (RI Bar #7251) |
| One Financial Center | 1800 Financial Plaza |
| Boston, Massachusetts 02111 | Providence, Rhode Island 02903 |
| Telephone: (617) 542-6000 | Telephone: (401) 455-0700 |
| E-mail: wkannel@mintz.com    akwalker@mintz.com | E-mail: rduffy@duffysweeney.com |

# SERVICE LIST

| | |
|---|---|
| **CENTRAL FALLS DETENTION FACILITY CORPORATION** <br> PANNONE LOPES DEVEREAUX & O'GARA, LLC <br> William E. O'Gara (RI Bar #4257) <br> Brian J. Lamoureux (RI Bar #6211) <br> 1301 Atwood Avenue, Suite 215N <br> Johnston, RI  02919 <br> E-Mail: wogara@pldolaw.com <br>       bjl@pldolaw.com | **THE CITY OF CENTRAL FALLS, its MAYOR and its CITY COUNCIL,** <br> Matthew Jerzyk, Esq. # 7945 <br> City Solicitor <br> 580 Broad Street <br> Central Falls, RI 02863 <br> E-Mail: matt@jerzyklaw.com <br> and <br><br> Nicholas J. Hemond, Esq. #8782 <br> James Atchison, Esq. # 7682 <br> DarrowEverett, LLP <br> One Turks Head Place, Suite 1200 <br> Providence, RI 02903 <br> E-Mail: nhemond@darroweverett.com <br>       jatchison@darroweverett.com |

**BOARD OF DIRECTORS**
Joseph Molina Flynn, Wilder Arbodelda, Gary Berdugo and Herman Yip
**ADLER POLLOCK & SHEEHAN P.C.**
William M. Dolan III (RI Bar #4524)
One Citizen Plaza, 8th Floor
Providence, RI 02903
E-mail: wdolan@apslaw.com

86783987v.1