UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UMB BANK, N.A., as Trustee,<br><br>*Petitioner and Plaintiff,*<br><br>v.<br><br>CITY OF CENTRAL FALLS; JAMES A. DIOSSA, MAYOR OF THE CITY OF CENTRAL FALLS; MARIA RIVERA, CITY COUNCILOR; JONATHAN ACOSTA, CITY COUNCILOR; HUGO FIGUEROA, CITY COUNCILOR; FRANKLIN SOLANO, CITY COUNCILOR; JESSICA VEGA, CITY COUNCILOR; CENTRAL FALLS DETENTION FACILITY CORPORATION; WILDER ARBODELA, CORPORATION DIRECTOR; GARY BERDUGO, CORPORATION DIRECTOR; JOSEPH MOLINA FLYNN, CORPORATION DIRECTOR; and HERMAN YIP, CORPORATION DIRECTOR,<br><br>*Respondent and Defendants.* | C.A. No. 1:19-cv-00182-WES-PAS |

## NOTICE OF APPEARANCE

William K. Wray, Jr. of Adler Pollock & Sheehan P.C. hereby enters his appearance on behalf of Defendants Wilder Arbodela, Gary Berdugo, Joseph Molina Flynn and Herman Yip.

/s/ William K. Wray, Jr.
William K. Wray, Jr. (#9022)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 751-0604
wwray@apslaw.com

Dated: April 22, 2019

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Notice of Appearance on the 22nd day of April, 2019, and that notice will be sent via the ECF system Notice of Electronic Filing (NEF) to all counsel who are registered participants identified on the Mailing Information for this case.

/s/ William K. Wray, Jr.
William K. Wray, Jr.

950551.v1