# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UMB BANK, N.A., as Trustee, )<br>)<br>　　　　Plaintiff, )<br>)<br>v. )　　C. A. No. 19-182  WES<br>)<br>CITY OF CENTRAL FALLS, et al. )<br>)<br>　　　　Defendants. )<br>) | |

### AFFIDAVIT OF DEMING E. SHERMAN, ESQ.

Tendered pursuant to Fed. R. Civ. P. 53(a)(2) and (b)(3)

I, Deming E. Sherman, Esq., on oath depose and say as follows:

1. I am a resident of Providence, Rhode Island.

2. I am a member of the Rhode Island Bar in good standing and have been a member since 1968 (#1138). I am also a member of the Bar of the United States District Court for the District of Rhode Island.

3. I was a Partner of the law firm of Locke Lord LLP in Providence, Rhode Island (formerly Edwards & Angell LLP) from which I retired as a Partner on December 31, 2014. I continued as Counsel to the Firm through December 2017. As a retired Partner, I have an office within the Providence offices of Locke Lord LLP that I use from time to time. I have no financial interest in Locke Lord LLP.

4. Upon my appointment as Special Master in this proceeding, no payment for my services will be paid to Locke Lord LLP but will be paid to me directly.

5.  I have reviewed the Verified Petition for Appointment of Receiver and Complaint, the several Motions and Objections, and the Answer, Counterclaims and Crossclaims of the City of Central Falls and other defendants. I have also reviewed the transcript of the hearing before Chief Judge William E. Smith on April 24, 2019. I am generally familiar with the issues presented from this review and from newspaper accounts.

6.  I have not had any involvement in this case, and I do not know the parties in this case. I am not aware of any involvement by Locke Lord LLP in this case.

7.  I have served as Special Master in one other case in this Court, namely Gemmell v. Hawkins, C. A. No. 16-CV-00650, which involves the State's processing of SNAP benefits ("food stamps") in Rhode Island.

8.  There are no grounds for disqualification under 28 U.S.C. § 455 that would prevent me from serving as Special Master in this case.

_____
Deming E. Sherman, Esq.

STATE OF RHODE ISLAND
PROVIDENCE, Sc.

Subscribed and sworn to before me this 29th day of April, 2019.

_____
Notary Public

2800 Financial Plaza
Providence, RI 02903
Email: deming.sherman@gmail.com
Phone: 401-529-2303

ELIZABETH M. KULA, Notary Public
State of Rhode Island and Providence Plantations
My Commission Expires: July 27, 2021