**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UMB BANK, N.A., as Trustee,**<br>             **Petitioner and Plaintiff**<br><br>**v.**<br><br>**CITY OF CENTRAL FALLS; JAMES A. DIOSSA, MAYOR OF THE CITY OF CENTRAL FALLS; MARIA RIVERA, CITY COUNCILOR; JONATHAN ACOSTA, CITY COUNCILOR; HUGO FIGUEROA, CITY COUNCILOR; FRANKLIN SOLANO, CITY COUNCILOR; JESSICA VEGA, CITY COUNCILOR; CENTRAL FALLS DETENTION FACILITY CORPORATION, WILDER ARBODELDA, CORPORATION DIRECTOR; GARY BERDUGO, CORPORATION DIRECTOR; JOSEPH MOLINA FLYNN, CORPORATION DIRECTOR; and HERMAN YIP, CORPORATION DIRECTOR.**<br>             **Respondent and Defendants** | C.A. No. 1:19-cv-00182-WES-PAS |

## ENTRY OF APPEARANCE

Daniel P. Connors of the law firm of Duffy & Sweeney, LTD hereby enters his appearance on behalf of Plaintiff UMB Bank, N.A. as Trustee, in the above-captioned matter.

                                                                      Respectfully submitted,
                                                                      UMB BANK, N.A.,
                                                                      AS INDENTURE TRUSTEE,
                                                                      By its counsel,

                                                                      DUFFY & SWEENEY, LTD

                                                                    /s/  Daniel P. Connors
                                                                    Daniel P. Connors (RI Bar # 7251)
                                                                    321 South Main Street, 4th Floor
                                                                    Providence, Rhode Island 02903
                                                                    Telephone: (401) 455-0700
                                                                    E-mail: dconnors@duffysweeney.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2019, a copy of the foregoing has been filed through the CM/ECF system and will be sent electronically to counsel who are registered participants identified on the Notice of Electronic Filing.

/s/ Daniel P. Connors