# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

UMB BANK, NA, as Trustee

   *Petitioner and Plaintiff*

v.              19-cv-00182-WES-PAS

CITY OF CENTRAL FALLS; JAMES A. DIOSSA,
MAYOR OF THE CITY OF CENTRAL FALLS;
MARIA RIVERA, CITY COUNCILOR; JONATHAN
ACOSTA, CITY COUNCILOR; HUGO FIGUEROA,
CITY COUNCILOR; FRANKLIN SOLANO, CITY
COUNCILOR; JESSICA VEGA, CITY COUNCILOR;
CENTRAL FALLS DETENTION FACILITY
CORPORATION, WILDER ARBODELDA,
CORPORATION DIRECTOR; GARY BERDUGO,
CORPORATION DIRECTOR; JOSEPH MOLINA
FLYNN, CORPORATION DIRECTOR; and
HERMAN YIP, CORPORATION DIRECTOR.

   *Respondent and Defendants.*

## MOTION TO CONTINUE STAY AND
## APPOINTMENT OF SPECIAL MASTER

   Plaintiff UMB Bank, NA, Defendants City of Central Falls, James A. Diossa, Maria Rivera,

Jonathan Acosta, Hugo Figueroa, Franklin Solano, Jessica Vega, and the Central Falls Detention

Facility Corporation (collectively, "Moving Parties") request that the appointment of the Special

Master and the litigation stay as to the Moving Parties be extended to May 20, 2021.

   1.  By text order dated November 17, 2020, the Court extended the stay and

appointment of the Special Master until February 17, 2020.

   2.  Magistrate Judge Sullivan met and communicated with the parties and their counsel

numerous times pursuant to the Court's September 18, 2019 referral of this matter to Her Honor

for settlement purposes.

3.     All parties appreciate Magistrate Judge Sullivan's diligent efforts, and the Moving Parties believe that additional time to further those settlement discussions would be fruitful. Continuing the stay will allow the parties to focus their attention on potential resolutions and continue their ongoing conversations on various settlement issues.

4.     The Moving Parties also request that the Special Master's appointment be extended.

WHEREFORE, the Moving Parties request that the appointment of the Special Master and the litigation stay as to the Moving Parties be extended to May 20, 2021.

## LOCAL RULE CV 7(c) STATEMENT

No oral argument requested.

**UMB Bank, N.A., as Trustee**

By its Attorneys,

*/s/ Robert M. Duffy*
Robert M. Duffy (#4428)
DUFFY & SWEENEY, LTD.
321 South Main Street
4th Floor
Providence, RI 02903
401 455 0700 t
401 455 0701 f
rduffy@duffysweeney.com


Paul J. Ricotta (*pro hac vice* forthcoming)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
The Chrysler Center
666 Third Avenue
New York, NY 10017
212 935 3000 t
617 542 2241 f
pricotta@mintz.com

**CITY OF CENTRAL FALLS, JAMES A. DIOSSA, MAYOR OF THE CITY OF CENTRAL FALLS, MARIA RIVERA, CITY COUNCILOR; JONATHAN ACOSTA, CITY COUNCILOR; HUGO FIGUEROA, CITY COUNCILOR; FRANKLIN SOLANO, CITY COUNCILOR; JESSICA VEGA, CITY COUNCILOR**

By their Attorneys,

*/s/ Nicholas J. Hemond*
Nicholas J. Hemond (#8782)
James G. Atchison (#7642)
DARROW EVERETT LLP
One Turks Head Place
12th Floor
Providence, RI 02904
401 453 1200 t
401 453 1201 f
nhemond@darroweverett.com
jatchison@darroweverett.com

-and-

*/s/ Matthew T. Jerzyk*
Matthew T. Jerzyk (#7945)
City Solicitor
City of Central Falls City Hall
580 Broad Street
Central Falls, RI 02863
401 616 2435
mjerzyk@CentralFallsRI.us

**CENTRAL FALLS DETENTION
FACILITY CORPORATION**

By its Attorneys,

*/s/ Brian J. Lamoureux*
William E. O'Gara (#4257)
Brian J. Lamoureux (#6211)
PANNONE LOPES DEVEREAUX & O'GARA LLC
1301 Atwood Avenue
Suite 215 N
Johnston, RI 02919
401 824 5100 t
401 824 5123 f
wogara@pldolaw.com
bjl@pldolaw.com

## CERTIFICATION

On February 17, 2021, I caused this document to be electronically filed using the Court's electronic filing system. Therefore, it is available for viewing by registered users who have signed up to receive notices in this case.

*/s/ Brian J. Lamoureux*