# EXHIBIT A

| | |
|---|---|
| STATE OF RHODE ISLAND<br>KENT, SC. | SUPERIOR COURT |
| AVCORR MANAGEMENT LLC | |
| v. | C.A. No. KC-2012-1208 |
| CENTRAL FALLS DETENTION<br>FACILITY CORPORATION | |

## ORDER

Plaintiff AVCORR Management LLC ("AVCORR") and Defendant Central Falls Detention Facility Corporation ("CFDFC") (collectively, the "Parties") have stipulated to judgment in the above-captioned matter, per the terms set forth below. Accordingly, it is hereby

**ORDERED, ADJUDGED and DECREED** as follows:

1. Judgment enters in favor of AVCORR in the total amount of One Million Two Hundred Thousand and 00/100 Dollars ($1,200,000.00) (the "Judgment Amount").

2. The Judgment Amount shall be the total amount awarded, inclusive of any costs and pre-judgment interest.

3. No attorney's fees are awarded.

4. Post-judgment interest shall accrue from the date of this Order, and shall be computed as simple interest at the rate of six percent (6%) per annum.

Entered as an Order of this Court on this /st day of July, 2020.

**ENTER:**                                      **BY ORDER:**

_____          _____
Justice                                                Clerk           7-1-20

4833-1293-5257, v. 1