# <u>EXHIBIT B</u>



STATE OF RHODE ISLAND                              SUPERIOR COURT
KENT, SC.

AVCORR MANAGEMENT LLC                          :

      v.                                              :        C.A. No. KC-2012-1208

                                  :

CENTRAL FALLS DETENTION                         :
FACILITY CORPORATION                            :

## STIPULATED JUDGMENT

Plaintiff AVCORR Management LLC ("AVCORR") and Defendant Central Falls Detention Facility Corporation ("CFDFC") (collectively, the "Parties") stipulate to judgment in the above-captioned matter, per the following terms:

1.  Judgment shall enter in favor of AVCORR in the total amount of One Million Two Hundred Thousand and 00/100 Dollars ($1,200,000.00) (the "Judgment Amount").

2.  The Judgment Amount shall be the total amount awarded, inclusive of any costs and pre-judgment interest.

3.  No attorney's fees are awarded.

4.  Post-judgment interest shall accrue from the date of the Order entering judgment, and shall be computed as simple interest at the rate of six percent (6%) per annum.

AVCORR MANAGEMENT, LLC              CENTRAL FALLS DETENTION
                                   FACILITY CORPORATION

By its Attorneys,                  By its Attorneys,

/s/ Joseph J. McGair               /s/ Joel K. Goloskie
Joseph J. McGair (#0304)           William E. O'Gara (#4257)
PETRARCA & McGAIR, INC.            Joel K. Goloskie (#8222)
797 Bald Hill Road                 PANNONE LOPES DEVEREAUX & O'GARA LLC
Warwick, RI 02886                  Northwoods Office Park
(401) 821-1330                     1301 Atwood Avenue, Suite 215 N
(401) 823-0970 (f)                 Johnston, RI 02919
jjm@petrarcamcgair.com             (401) 824-5100

(401) 824-5123 (fax)
wogara@pldolaw.com
jgoloskie@pldolaw.com

Entry
Jeffy A Lanphr, J
7/1/20

Deputy Clerk
7/1/20